IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ZABOROWSKI and VANESSA BALDINI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MHN GOVERNMENT SERVICES, INC. and MANAGED HEALTH NETWORK, INC.,<br><br>Defendants. | No. C 12-05109 SI<br><br>**ORDER CONTINUING MOTION TO COMPEL ARBITRATION** |

Plaintiffs' motion to compel arbitration is set for hearing in this court on January 25, 2013.

That same day, in the United States District Court for the Western District of Washington, the district court will consider defendants' motion to transfer a substantially similar case, *Hiett v. MHN Gov't Servs., Inc.*, No. 3:12-cv-5428 (filed on May 15, 2012), to this district.

This Court has determined that it is appropriate to defer deciding the pending motion to compel arbitration until the transfer motion in the *Hiett* case is decided. Accordingly, the Court CONTINUES the hearing on the motion to compel arbitration until **February 8, 2013.**

**IT IS SO ORDERED.**

Dated: January 17, 2013

SUSAN ILLSTON
United States District Judge