1
2
3
4
5
6
7
8
9              UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11

12 | THOMAS ZABOROWSKI and VANESSA BALDINI, on behalf of themselves, and all others similarly situated,

   Plaintiffs,

   v.

   MHN GOVERNMENT SERVICES, INC. and MANAGED HEALTH NETWORK, INC.,

   Defendants.

| Case No. 3:12-cv-05109-JCS

[~~PROPOS~~ED] ORDER SETTING DEADLINE FOR RESPONSE TO AMENDED COMPLAINT

**[PROPOSED] ORDER**

This matter having come before the Court on the Plaintiffs' and Defendants' Joint Stipulation Setting Deadline for Response to Amended Complaint.

NOW, THEREFORE, the deadline for Defendants to answer or otherwise respond to Plaintiffs' First Amended Complaint shall be twenty (20) days after the Court's ruling on the Motion to Compel Arbitration and Stay Proceedings.

**IT IS SO ORDERED.**

Dated: 2/27, 2013

_____
The Honorable Susan Y. Illston

PRESENTED BY:

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/Lauri A. Damrell
Lauri A. Damrell (State Bar No. 241010)
ldamrell@orrick.com
Timothy J. Long (State Bar No. 137591)
tjlong@orrick.com
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:  +1-916-447-9200
Facsimile:  +1-916-329-4900

*Attorney for Defendants*
MHN GOVERNMENT SERVICES, INC. and MANAGED HEALTH NETWORK, INC.

1  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

2

3  By:   /s/ Jahan C. Sagafi
JAHAN C. SAGAFI (State Bar No. 224887)
4  *Attorney for Plaintiffs*
THOMAS ZABOROWSKI and VANESSA
5  BALDINI, on behalf of themselves and all
others similarly situated

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OHSUSA:753208582.1                                   [PROPOSED] ORDER SETTING DEADLINE FOR
                           - 3 -                     RESPONSE TO AMENDED COMPLAINT
                                                     3:12-CV-05109-SI