1  Allen R. Vaught (admitted *pro hac vice*)
   BARON AND BUDD, P.C.
2  3102 Oak Lawn Avenue
   Suite 1100
3  Dallas, TX 75219
   Telephone: (214) 521-3605
4  Facsimile: (214) 520-1181
   E-Mail: avaught@baronbudd.com
5
   Kelly M. Dermody (Cal. Bar No. 171716)
6  Jahan C. Sagafi (Cal. Bar No. 224887)
   LIEFF, CABRASER, HEIMANN &
7    BERNSTEIN, LLP
   275 Battery Street, 29th Floor
8  San Francisco, CA 94111-3339
   Telephone:  (415) 956-1000
9  Facsimile:   (415) 956-1008
   E-Mail: kdermody@lchb.com
10 E-Mail: jsagafi@lchb.com

11 *Attorneys for Plaintiffs and Class Members*

12 Timothy J. Long (SBN 137591)
   Lauri A. Damrell (SBN 241010)
13 ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
14 Sacramento, California  95814-4497
   Telephone:  (916) 447-9200
15 Facsimile:   (916) 329-4900
   E-Mail: tjlong@orrick.com
16 E-Mail: ldamrell@orrick.com

17 *Attorneys for Defendants*

18                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
19                          SAN FRANCISCO DIVISION

20 THOMAS ZABOROWSKI, VANESSA            Case No.  12-CV-05109-SI
   BALDINI, KIM DALE, and NANCY
21 PADDOCK, on behalf of themselves and
   all others similarly situated,         **STIPULATION AND [PROPOSED]**
22                                        **ORDER GRANTING LEAVE TO FILE**
                  Plaintiffs,             **SECOND AMENDED COMPLAINT**
23
            v.
24
   MHN GOVERNMENT SERVICES, INC.
25 and MANAGED HEALTH NETWORK,
   INC.
26
                  Defendants.
27

28

1      The parties hereby stipulate as follows:

2      WHEREAS, on October 2 2012, Plaintiffs Thomas Zaborowski and Vanessa Baldini
3  ("Plaintiffs") filed their initial complaint;

4      WHEREAS, on November 1, 2012, Defendants MHN Government Services, Inc. and
5  Managed Health Network, Inc.("MHN") filed a motion to compel arbitration; on December 21,
6  2012, Plaintiffs filed their opposition; on January 11, 2013, MHN filed its reply; and the hearing
7  was initially set for January 25, 2013;

8      WHEREAS, on February 5, 2013, the Court granted the parties' stipulation requesting
9  leave to file supplemental briefing and proposing the hearing on the arbitration be moved to
10 March 15, 2013 (Docket No. 38);

11     WHEREAS, on February 8, 2013, Plaintiffs filed their First Amended Complaint (Docket
12 No. 40);

13     WHEREAS, since then, Plaintiffs' counsel have been contacted by additional individuals
14 who wish to assert state law claims not included in the First Amended Complaint;

15     WHEREAS, attached hereto as Exhibit A is Plaintiffs' Second Amended Complaint; and

16     WHEREAS, the parties agree that MHN's deadline to answer or otherwise respond to
17 Plaintiffs' Second Amended Complaint shall be twenty (20) days after the Court's ruling on the
18 arbitration motion.

19     The parties respectfully request that the Court (1) allow Plaintiffs to file their Second
20 Amended Complaint, and (2) allow MHN to answer or otherwise respond to Plaintiffs' Second
21 Amended Complaint twenty (20) days after the Court's ruling on the arbitration motion:

22     IT IS SO STIPULATED.

23 Dated:  March 5, 2013          By:    /s/ Allen R. Vaught
                                         Allen R. Vaught
24
                                   Allen Vaught (admitted *pro hac vice*)
25                                 BARON & BUDD, P.C.
                                   3102 Oak Lawn Avenue, Suite 1100
26                                 Dallas, TX 75219
                                   Telephone:  (214) 521-3605
27                                 Facsimile:   (214) 520-1181
                                   E-Mail: avaught@baronbudd.com
28

1081759.1                          - 1 -        STIPULATION AND [PROPOSED] ORDER GRANTING
                                                LEAVE TO FILE SECOND AMENDED COMPLAINT
                                                CASE NO. 12-CV-05109-SI

Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

*Attorneys for Plaintiffs and proposed Class members*

Dated:  March 5, 2013          By:   /s/ *Timothy J. Long*
                                         Timothy J. Long

Timothy J. Long (SBN 137591)
Lauri A. Damrell (SBN 241010)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
E-Mail: tjlong@orrick.com
E-Mail: ldamrell@orrick.com

*Attorneys for Defendants*

1081759.1

- 2 -

STIPULATION AND [PROPOSED] ORDER GRANTING
LEAVE TO FILE SECOND AMENDED COMPLAINT
CASE NO. 12-CV-05109-SI

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March  8 , 2013

_____
The Honorable Susan Illston
United States District Judge