1  TIMOTHY J. LONG (STATE BAR NO. 137591)
   tjlong@orrick.com
2  LAURI A. DAMRELL (STATE BAR NO. 241010)
   ldamrell@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
4  Sacramento, California  95814-4497
   Telephone:	+1-916-447-9200
5  Facsimile:	+1-916-329-4900

6  Attorneys for Defendants
   MHN GOVERNMENT SERVICES, INC. and
7  MANAGED HEALTH NETWORK, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ZABOROWSKI and VANESSA BALDINI, on behalf of themselves, and all others similarly situated,<br><br>                              Plaintiffs,<br><br>       v.<br><br>MHN GOVERNMENT SERVICES, INC. and MANAGED HEALTH NETWORK, INC.,<br><br>                              Defendants. | Case No. 3:12-cv-05109-SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING AND EXTEND DEADLINES FOR PLAINTIFFS' MOTION FOR CONDITIONAL FLSA COLLECTIVE ACTION CERTIFICATION AND ISSUANCE OF NOTICE** |

# [PROPOSED] ORDER

This matter having come before the Court on Plaintiffs' and Defendants' Stipulation to Continue Hearing and Extend Deadlines for Plaintiffs' Motion for Conditional FLSA Collective Action Certification and Issuance of Notice ("Motion for Conditional Certification").

NOW, THEREFORE Plaintiffs' and Defendants' Joint Stipulation is hereby GRANTED:

Defendants shall have until April 5, 2013 to oppose Plaintiffs' Motion for Conditional Certification;

Plaintiffs shall have until April 12, 2013 to file their reply;

Plaintiffs' Motion for Conditional Certification shall be heard by the Court on April 26, 2013 at 9:00 a.m. or on the first available date thereafter.

IT IS SO ORDERED.

Dated: _____March 26_____, 2013

_____
The Honorable Susan Y. Illston

PRESENTED BY:

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/Lauri A. Damrell
 Lauri A. Damrell (SBN 241010)
 ldamrell@orrick.com
 Timothy J. Long (SBN 137591)
 tjlong@orrick.com
 400 Capitol Mall, Suite 3000
 Sacramento, CA  95814-4497
 Telephone:    +1-916-447-9200
 Facsimile:    +1-916-329-4900
Attorney for Defendants
MHN GOVERNMENT SERVICES, INC.
 and MANAGED HEALTH NETWORK, INC.

| | |
|---|---|
| 1 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 2 | |
| 3 | |
| 4 | |
| 5 | By: /s/ Jahan C. Sagafi<br>Jahan C. Sagafi (SBN 224887) |
| 6 | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 |
| 7 | Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |
| 8 | Attorney for Plaintiffs<br>THOMAS ZABOROWSKI and |
| 9 | VANESSA BALDINI, on behalf of<br>themselves and all others similarly |
| 10 | situated |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 2 -

[PROPOSED] ORDER GRANTING STIP. TO CONTINUE
HEARING AND EXTEND DEADLINES
NO. 3:12-CV-05109-SI