1   Allen R. Vaught (admitted *pro hac vice*)
    BARON AND BUDD, P.C.
2   3102 Oak Lawn Avenue
    Suite 1100
3   Dallas, TX 75219
    Telephone: (214) 521-3605
4   Facsimile: (214) 520-1181
    E-Mail: avaught@baronbudd.com
5
    Kelly M. Dermody (Cal. Bar No. 171716)
6   Jahan C. Sagafi (Cal. Bar No. 224887)
    LIEFF, CABRASER, HEIMANN &
7     BERNSTEIN, LLP
    275 Battery Street, 29th Floor
8   San Francisco, CA 94111-3339
    Telephone:  (415) 956-1000
9   Facsimile:   (415) 956-1008
    E-Mail: kdermody@lchb.com
10  E-Mail: jsagafi@lchb.com

11  *Attorneys for Plaintiffs and Class Members*

12  Timothy J. Long (SBN 137591)
    Lauri A. Damrell (SBN 241010)
13  ORRICK, HERRINGTON & SUTCLIFFE LLP
    400 Capitol Mall, Suite 3000
14  Sacramento, California  95814-4497
    Telephone:  (916) 447-9200
15  Facsimile:   (916) 329-4900
    E-Mail: tjlong@orrick.com
16  E-Mail: ldamrell@orrick.com

17  *Attorneys for Defendants*

18                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
19                     SAN FRANCISCO DIVISION

20  THOMAS ZABOROWSKI, VANESSA          Case No.  12-CV-05109-SI
    BALDINI, KIM DALE, and NANCY
21  PADDOCK, on behalf of themselves and
    all others similarly situated,       **STIPULATION AND [~~PROPOSED~~]**
22                                        **ORDER RE ADDITION OF *HIETT* CLASS**
                    Plaintiffs,           **MEMBERS TO NOTICE**
23
              v.
24
    MHN GOVERNMENT SERVICES, INC.
25  and MANAGED HEALTH NETWORK,
    INC.
26
                    Defendants.
27

28

1    The parties hereby stipulate as follows:

2    WHEREAS, on June 14, 2013, the Court issued its Order re: FLSA Collective Action

3  Notice Documents, directing MHN Government Services, Inc. and Managed Health Network,

4  Inc. (collectively, "MHN") to produce contact information for all FLSA collective action class

5  members (the "Class List") by June 21, 2013, and directing Plaintiffs to disseminate the Court-

6  approved notice (the "FLSA Notice") to all FLSA Class Members by July 12, 2013 (Docket No.

7  99);

8    WHEREAS, on June 10, 2013, the United States District Court for the Western District of

9  Washington issued an Order transferring *Hiett v. MHN Government Services, Inc., Health Net*

10  *Inc. and MHN Services d/b/a MHN Services Corporation, a Washington corporation,*[1] No. 12-cv-

11  05428-BHS (W.D. Wash.) (an FLSA action filed on May 15, 2012, on behalf of a proposed

12  nationwide class of MFLCs that overlaps with the Class in this action) to this District;

13    WHEREAS, the clerk of the *Hiett* court has informed Hiett's counsel that the court

14  expects to effectuate the transfer the week of June 24, 2013;

15    WHEREAS, the parties agree that *Hiett* should be deemed related to this action per N.D.

16  Cal. Local Rule 3-12(a);

17    WHEREAS, on July 12, 2012 the defendants in *Hiett* filed a motion to compel arbitration

18  based on the same arbitration agreement at issue in this lawsuit, to which Hiett has responded and

19  the *Hiett* defendants have replied, but the *Hiett* court stayed resolution of that motion;

20    WHEREAS, on April 3, 2013, this Court denied MHN's motion to compel arbitration

21  (Docket No. 68), and that decision is now on appeal in the Ninth Circuit, with MHN's opening

22  appellate brief due on July 17, 2013;

23    WHEREAS, the parties agree the *Hiett* case should be stayed pending appellate resolution

24  of the arbitration motion in this case;

25  / / /

26  / / /

27

28
_____
[1] Tim Long and Lauri Damrell of Orrick, Herrington & Sutcliffe LLP represent the defendants in *Hiett* and the defendants in this action.

- 1 -

STIPULATION AND [PROPOSED] ORDER RE
ADDITION OF *HIETT* CLASS MEMBERS TO NOTICE
CASE NO. 12-CV-05109-SI

1    WHEREAS, because *Hiett* was filed approximately five months before this case, the

2  maximum liability period under the FLSA under *Hiett* reaches back approximately five months

3  further than that under this case;

4    WHEREAS, the parties agree to conditional certification of the *Hiett* putative FLSA

5  collective action upon transfer to this Court;

6    WHEREAS, the parties agree that the FLSA notice materials (including the notice itself

7  and the Consent to Join form and additional information sheet) should be disseminated not only to

8  the FLSA Class Members in this case but also to the additional individuals who worked as

9  MFLCs in any location covered by the FLSA under 29 U.S.C. § 213(f) during May 15, 2009 to

10  October 2, 2009 (i.e., the gap period from three years before the filing of *Hiett* to three years

11  before the filing of this case) (the "Gap Class Members"); and

12    WHEREAS, the parties agree that the references to Plaintiffs and their counsel in this case

13  in the notice materials should be amended to include references to the *Hiett* plaintiffs and their

14  counsel.

15    The parties respectfully request the Court enter an order confirming the following:

16    (1)    This action and *Hiett* shall be deemed related once *Hiett* is pending in this District,

17  and *Hiett* should be transferred to this Court.

18    (2)    The Court shall conditionally certify the *Hiett* FLSA collective action.

19    (3)    Following the conditional certification, the *Hiett* case is hereby stayed until

20  MHN's arbitration motion in this case is resolved, including all appeals.  The *Hiett* stay is on the

21  same terms as the stay issued by this Court in this case in its Order Granting Plaintiffs' Motion to

22  Stay Case Pending Appeal (Docket No. 84).

23    (4)    MHN shall produce to Plaintiffs the same contact information for the Gap Class

24  Members as they are producing for the Class Members in this case, in the same format, within

25  three days of the entry of this order.

26  / / /

27  / / /

28  / / /

STIPULATION AND [PROPOSED] ORDER RE
ADDITION OF *HIETT* CLASS MEMBERS TO NOTICE
CASE NO. 12-CV-05109-SI

1    (5)    Plaintiffs are directed to amend the references to Plaintiffs and their counsel in the

2  notice materials to include references to the *Hiett* case and *Hiett*'s counsel, and all references to

3  "October 2, 2009" be changed to "May 15, 2009" to reflect the addition of the gap period to the

4  notice.

5    IT IS SO STIPULATED.

6  Dated:  June 28, 2013    By:    */s/ Allen R. Vaught*
                                        Allen R. Vaught
7

8                                     Allen Vaught (admitted *pro hac vice*)
                                      BARON & BUDD, P.C.
                                      3102 Oak Lawn Avenue, Suite 1100
9                                     Dallas, TX 75219
                                      Telephone:  (214) 521-3605
10                                    Facsimile:   (214) 520-1181
                                      E-Mail: avaught@baronbudd.com
11
                                      Kelly M. Dermody (Cal. Bar No. 171716)
12                                    Jahan C. Sagafi (Cal. Bar No. 224887)
                                      LIEFF, CABRASER, HEIMANN &
13                                      BERNSTEIN, LLP
                                      275 Battery Street, 29th Floor
14                                    San Francisco, CA 94111-3339
                                      Telephone:  (415) 956-1000
15                                    Facsimile:   (415) 956-1008
                                      E-Mail: kdermody@lchb.com
16                                    E-Mail: jsagafi@lchb.com

17                                    *Attorneys for Plaintiffs and proposed Class members*

18
   Dated:  June 28, 2013    By:    */s/ Timothy J. Long*
19                                      Timothy J. Long

20                                    Timothy J. Long (SBN 137591)
                                      Lauri A. Damrell (SBN 241010)
21                                    ORRICK, HERRINGTON & SUTCLIFFE LLP
                                      400 Capitol Mall, Suite 3000
22                                    Sacramento, California  95814-4497
                                      Telephone:  (916) 447-9200
23                                    Facsimile:   (916) 329-4900
                                      E-Mail: tjlong@orrick.com
24                                    E-Mail: ldamrell@orrick.com

25                                    *Attorneys for Defendants*

26

27

28

STIPULATION AND [PROPOSED] ORDER RE
ADDITION OF *HIETT* CLASS MEMBERS TO NOTICE
CASE NO. 12-CV-05109-SI

1

2          PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    Dated:  ~~June~~ 7/2, 2013          _____
                                          The Honorable Susan Illston
5                                         United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -