| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>APR 13 2016<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| THOMAS ZABOROWSKI; et al.,<br><br>          Plaintiffs - Appellees,<br><br> v.<br><br>MHN GOVERNMENT SERVICES, INC. and MANAGED HEALTH NETWORK, INC.,<br><br>          Defendants - Appellants. | No. 13-15671<br><br>D.C. No. 3:12-cv-05109-SI<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

      The judgment of this Court, entered December 17, 2014, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                        FOR THE COURT:
                                        Molly C. Dwyer
                                        Clerk of Court

                                        Rhonda Roberts
                                        Deputy Clerk