| | | |
|---|---|---|
| 1 | TIMOTHY J. LONG, CSBN 137591<br>tjlong@orrick.com | ALLEN RYAN VAUGHT, *Pro Hac Vice*<br>avaught@baronbudd.com |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall | BARON & BUDD, P.C.<br>15910 Ventura Boulevard |
| 3 | Suite 3000<br>Sacramento, California 95814 | Encino Plaza, Suite 1600<br>Encino, CA  91436 |
| 4 | Telephone:     916.329.7919<br>Facsimile:      916.329.4900 | Telephone:     818.839.2333<br>Facsimile:      818.986.9798 |

Attorneys for Defendants

JAHAN C. SAGAFI, CSBN 224887
jsagafi@outtengolden.com
CHRISTOPHER M. MCNERNEY
cmcnerney@outtengolden.com
OUTTEN & GOLDEN LLP
One Embarcadero Center, 35th Floor
San Francisco, CA  94111
Telephone:     415.638.8800
Facsimile:      415.638.8810

KELLY M. DERMODY, CSBN 171716
kdermody@lchb.com
DANIEL M. HUTCHINSON, CSBN 239458
dhutchinson@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
285 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:     415.956.1000
Facsimile:      415.956.1008

LEWIS LYNN ELLSWORTH, CSBN 79998
lellsworth@gth-law.com
WARREN EVANS MARTIN, WSBN 17235
wmartin@gth-law.com
GORDON THOMAS HONEYWELL
P.O. Box 1157
Tacoma, WA  98401-1157
Telephone:     253.620-6505
Facsimile:      253-620-6565

RICHARD H. WOOSTER, WSBN 13752
rich@kjwmlaw.com
KRAM &  WOOSTER
1901 South "I" Street
Tacoma, WA  98405
Telephone:     253.572.4161
Facsimile:      253.572.4167

Attorneys for Plaintiffs

STIPULATION OF DISMISSAL
C 12-05109; C 13-03016; C 14-01449

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| Zaborowski et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MHN Government Services, Inc. et al.,<br><br>　　　　Defendants. | Case No. C 12-05109 SI<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND N.D. CIV. L.R. 77-2(c)** |
| Hiett et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MHN Government Services, Inc. et al.,<br><br>　　　　Defendants. | Case No. C 13-03016 SI |
| Brown et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MHN Government Services, Inc. et al.,<br><br>　　　　Defendants. | Case No. C 14-01449 ~~RS~~  SI |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for Plaintiffs and Defendants MHN Government Services Inc., Health Net Inc., MHN Services, MHN Services Corporation, Managed Health Network, Inc. ("Defendants") that *Zaborowski, et al., v. MHN Government Services, Inc., et al.*, USDC, Northern District of California Case No. 12-05109, *Hiett, et al., v. MHN Government Services, Inc., et al.*, USDC, Northern District of California Case No. 13-03016, and *Brown, et al., v. MHN Government Services, Inc., et al.*, USDC, Northern District of California Case No. 14-01149, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

## I.  BACKGROUND

On or about June 14, 2011, a lawsuit, *Brown, et al. v. MHN Government Services, Inc., et al.*, Wash. Sup. Ct., Case No. 11-2-10229-2, was filed in Pierce County Superior Court in Washington State, in which plaintiffs asserted various violations of Washington state wage and hour laws ("*Brown*").  That lawsuit was later removed to the United States District Court for the Western District of Washington on February 27, 2015, and then transferred to this Court on March 25, 2015.  On or about May 15, 2002, a lawsuit, *Hiett, et al. v. MHN Government Services, Inc., et al.*, N.D. Cal. No. 3:13-cv-03016-SI, was filed in United States District Court for the Western District of Washington, alleging various violations of the FLSA ("*Hiett*").  That lawsuit was transferred to this Court on July 1, 2013.  On or about July 22, 2014, a lawsuit, *Zaborowski, et al., v. MHN Government Services, Inc., et al.*, N.D. Cal. Case No. 3:12-cv-05109-SI, was filed in this Court, alleging various violations of the FLSA and California state wage and hour laws ("*Zaborowski*").  *Zaborowski* was later amended to assert various violations of other states' wage and hour laws.  *Hiett* was related to *Zaborowski* on or about September 9, 2013.  *Brown*, *Hiett* and *Zaborowski* are referred to collectively as the "Cases."

On or about November 1, 2012, Defendant filed a motion to compel arbitration in *Zaborowski*. This motion was denied by this Court and thereafter appealed by Defendant to the Ninth Circuit Court of Appeals, which affirmed this Court's decision. Defendant thereafter filed a petition for certiorari with the United States Supreme Court ("SCOTUS"), which granted that petition on or about October 1, 2015. *Hiett* and *Brown* have been stayed pending the appeal in *Zaborowski*.

The Parties attended and participated in two private mediation sessions before Mark Rudy on January 20, 2014 and June 18, 2015. Following extensive additional negotiations under Mr. Rudy's supervision, the Parties signed a Settlement Agreement.

Pursuant to the terms of that Settlement Agreement, Plaintiffs in the Cases filed a claim in arbitration with JAMS on behalf of themselves and all allegedly similarly situated individuals (as also alleged in the Cases), to include all Covered Class Members (the "Action"). The Action sought adjudication of all the claims asserted in the Cases on behalf of all individuals covered by the Cases (i.e., the named Plaintiffs and all Opt-Ins) and all individuals potentially covered by the Cases (i.e., the members of the asserted but uncertified Rule 23 classes). The Parties stipulated to the appointment of the Honorable William J. Cahill (Ret.) of JAMS, who acted as the Arbitrator of the Action. On December 29, 2015, Plaintiffs filed a motion for preliminary approval of the settlement, which Judge Cahill heard on December 31, 2015. On January 4, 2016, Judge Cahill granted Plaintiffs' motion for preliminary approval of the settlement, certifying a class for settlement purposes, which included all members of the putative classes alleged in the Cases.

Judge Cahill then oversaw a scrupulous and conscientious settlement administration procedure utilized by the Parties to ensure a full and fair opportunity for all settlement class members to participate, object to or exclude themselves from the settlement. The Parties provided notice via U.S. mail and email of the settlement to all settlement class members through

a third party settlement administrator and maintained a website through which settlement class members could file claims online and get information about the settlement.  Settlement class members were given 30 days to object or opt out and 45 days to file claims.  The settlement administration process also included reminders to all settlement class members who had not yet responded.  The Parties worked collaboratively and diligently through each step in the settlement process in an effort to provide class members ample opportunity to participate in the settlement.

These efforts results in a strongly positive response rate from participating class members. Class notices were sent to all 2,910 Covered Class Members.  Of those, approximately 1,900 filed valid claim forms.[1]  Notably, only nine Class Members opted out and not a single person submitted any objection (timely or untimely).  On April 7, 2016, Judge Cahill granted Plaintiffs' motions for final approval of the settlement.  Judge Cahill noted at the final approval hearing that he is happy to answer any questions that the Court may have regarding the settlement process and substance.

Pursuant to the terms of the Settlement Agreement, the parties then dismissed the appeal (without prejudice) pending before SCOTUS, requesting that SCOTUS remand *Zaborowski* to this Court in light of the Parties' settlement for dismissal with prejudice along with *Hiett* and *Brown*.

## II. STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties have stipulated and agreed that the Cases against Defendants should be dismissed with prejudice and respectfully submit this Stipulation for approval by the Court for dismissal of the Cases with prejudice.

If and when this Court dismisses the Cases with prejudice, the remaining steps of the settlement will be implemented.

---

[1] The deadline for 79 Class Members to submit claims forms will be April 18, 2016.

**IT IS SO STIPULATED**.

DATED:  April 15, 2016                                    /s/ Allen R. Vaught
                                                                             Allen R. Vaught
                                                                             BARON & BUDD LLP
                                                                             Attorney for Plaintiffs

DATED:  April 15, 2016                                    /s/ Jahan C. Sagafi
                                                                             Jahan C. Sagafi
                                                                             OUTTEN & GOLDEN LLP
                                                                             Attorney for Plaintiffs

DATED:  April 15, 2016                                    /s/ Daniel M. Hutchinson
                                                                             Daniel M. Hutchinson
                                                                             Lieff, Cabraser, Heimann & Bernstein LLP
                                                                             Attorney for Plaintiffs

DATED:  April 15, 2016                                    /s/ Warren Martin
                                                                             Warren Martin
                                                                             GORDON THOMAS HONEYWELL
                                                                             Attorney for Plaintiffs

DATED:  April 15, 2016                                    /s/ Richard Wooster
                                                                             Richard Wooster
                                                                             KRAM & WOOSTER LLP
                                                                             Attorney for Plaintiffs

DATED:  April 15, 2016                                    /s/ Timothy J. Long
                                                                             Timothy J. Long
                                                                             ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                                             Attorney for Defendants

1 | **PURSUANT TO THE STIPULATION BETWEEN THE PARTIES, THE COURT HERBY DISMISSES** *Zaborowski, et al., v. MHN Government Services, Inc., et al.*, USDC, Northern District of California Case No. 12-05109, *Hiett, et al., v. MHN Government Services, Inc., et al.*, USDC, Northern District of California Case No. 13-03016, and *Brown, et al., v. MHN Government Services, Inc., et al.*, USDC, Northern District of California Case No. 14-01149 **WITH PREJUDICE.**

DATED: April 18, 2016

HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT
JUDGE

## ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

/s/ Jahan C. Sagafi